# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY THORNTON, | : | |
| Plaintiff, | : | |
| vs. | : | CA 09-0461-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $1,800.00 under the Equal Access to Justice Act.

**DONE** this the 21st day of July, 2010.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**