IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHNNY RAY THORNTON,            :

    Plaintiff,                 :

v.                              :        CA 2:09-00461-C

MICHAEL J. ASTRUE,
Commissioner of Social Security, :

    Defendant.                 :

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the petitioner receive as an attorney's fee for services rendered in this Court the sum of $13,278.75, pursuant to 42 U.S.C. § 406(b). Upon receipt of this award, the petitioner is to refund to the plaintiff the smaller EAJA attorney-fee award paid in this case totaling $1,800.00.

**DONE** this the 20th day of August, 2012.

                         s/WILLIAM E. CASSADY
                         **UNITED STATES MAGISTRATE JUDGE**