# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JOHNNY RAY THORNTON, | : |
|    Plaintiff, | : |
| v. | :   CA 2:09-00461-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : |
|    Defendant. | : |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the petitioner receive as an attorney's fee for services rendered in this Court the sum of $13,278.75, pursuant to 42 U.S.C. § 406(b). Upon receipt of this award, the petitioner is to refund to the plaintiff the smaller EAJA attorney-fee award paid in this case totaling $1,800.00.

**DONE** this the 20th day of August, 2012.

                                                        s/WILLIAM E. CASSADY
                                                        **UNITED STATES MAGISTRATE JUDGE**